**Opinion issued December 3, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-13-00750-CV**

_____

**IN RE MAERSK LINE, LIMITED, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Maersk Line, Limited ("Maersk"), filed a petition for writ of mandamus on August 30, 2013.[1] Relator subsequently informed this Court that the real parties in interest had nonsuited all of their claims in the underlying dispute,

---

[1] The Honorable Alexandra Smoots-Hogan, Judge of the 164th District Court of Harris County, Texas, Respondent. The underlying lawsuit is *Miguel Ruiz et al. v. Maersk Line, Limited*, No. 2009-64336 (164th Dist. Ct., Harris Cnty., Tex.).

and it filed an unopposed motion to dismiss its mandamus petition on November 21, 2013.

Accordingly, we dismiss the petition for writ of mandamus as moot. We lift the temporary stay entered in this case on September 4, 2013.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.